**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

JAMES O. MURRAY, III,

                    Plaintiff,

          v.                                  9:10-CV-1440 (NAM/CFH)

T. ARQUITT, et al.,

                    Defendants.
_____

**APPEARANCES:**                          **OF COUNSEL:**

James O. Murray, III
95-A-4417
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953
Plaintiff, *pro se*

Hon. Eric T. Schneiderman              COLLEEN D. GALLIGAN, ESQ.
Attorney General of the State of New York   Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 22nd day of April 2014.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for partial summary judgment (Dkt. No. 103) is granted.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 15, 2014
      Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge